UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



ROBERT BOSCH LLC and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

    Plaintiffs,

v.

J.S.T. MFG. CO., LTD.,
J.S.T. SALES AMERICA INC., and
J.S.T. CORPORATION,

    Defendants.

Case No. 2:15-cv-11832-AC-EAS
Hon. Avern Cohn

_____/

## ORDER

This matter having come before the Court on the motion of Plaintiffs Robert Bosch LLC and Bosch Automotive Products (Suzhou) Co., Ltd. (jointly, "Bosch") for a preliminary injunction against J.S.T. Mfg. Co., Ltd. ("JST"), J.S.T. Sales America Inc. ("JST America") and J.S.T. Corporation. JST has not been served with the summons and complaint. Defendants filed an opposition, including objections based on the failure to serve JST.

For the reasons stated on the record,

**IT IS ORDERED THAT** JST shall ship, part number 6002.JE0.402 ("Connector") to Bosch, for a period of 60 days, in the quantities and on the dates as provided in (i)-(iii), on the identified Bosch releases, except as otherwise

provided in this Order: (i) Scheduling agreement 55190546-0040 (Bosch Juarez), dated June 5, 2015, the Ship dates and quantities beginning May 31, 2015 and through Week 33/2015; (ii) (a) Scheduling agreement 55018924-0205 (Bosch Suzhou), dated June 8, 2015, the Ship dates and quantities beginning July 3, 2015 and through August 3, 2015; and (b) JST will ship 9,000 Connectors for each of the four weeks of June 2015 (a total of 36,000 Connectors for the month of June); and (iii) Scheduling agreement 12P057 (Bosch UAES), dated June 8, 2015, Delivery date and quantity beginning June 12, 2015 and through August 10, 2015. Notwithstanding the above, because certain ship dates have already passed, or are imminent, JST shall not be in violation of this Order for failure to ship/deliver on dates that have already passed or that are imminent. In addition, JST shall not be responsible for any expedited shipping charges on any of the above ordered shipments.

The Connector price shall be the current invoiced price. JST's shipment of Connectors under this Order will be under the terms and conditions agreed by the parties, if any, existing as of May 6, 2015, and is not an acceptance of any new or additional Bosch terms and conditions.

**IT IS FURTHER ORDERED THAT** Bosch will provide JST with a $2.5 million surety bond, in the form approved by JST ("Surety Bond"), no later than Wednesday, June 17, 2015. If the Surety Bond is not received by this date, this

2

preliminary injunction and JST obligations under this Order shall automatically terminate unless otherwise ordered by the Court or stipulated by the parties.

**IT IS FURTHER ORDERED THAT**, except as provided above, this injunctive Order expires in 60 days from entry of this Order.

Dated: 6/11/2015

_____
**U.S. DISTRICT COURT JUDGE**

3