UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BOSCH LLC and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

      Plaintiffs,

v.

J.S.T. MFG. CO., LTD.,
J.S.T. SALES AMERICA INC., and
J.S.T. CORPORATION,

      Defendants.
_____/

Case No. 2:15-cv-11832-AC-EAS
Hon. Avern Cohn

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Robert Bosch LLC and Bosch Automotive Products (Suzhou) Co., Ltd., pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismiss the above-captioned action, without prejudice.

Dated: August 17, 2015

**WIENNER & GOULD, P.C.**

By: /s/ S. Thomas Wienner (P29233)
S. Thomas Wienner (P29233)
Seth D. Gould (P45465)
**Co-Counsel for Plaintiff**
950 W. University Drive, Suite 350
Rochester, MI 48307
Telephone: (248) 841-9401
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT BOSCH LLC and
BOSCH AUTOMOTIVEPRODUCTS
(SUZHOU) CO., LTD.,

    Plaintiffs,                        Case No. 2:15-cv-11832-AC-EAS

v.                                      Hon. Avern Cohn

J.S.T. MFG. CO., LTD.,
J.S.T. SALES AMERICA INC., and
J.S.T. CORPORATION,

    Defendants.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, I caused the electronic filing of the attached *Notice of Voluntary Dismissal* with the Clerk of the Court using the electronic case filing system which will send notification of such filing to all filing users indicated on the electronic notice list through the Court's electronic filing system.

                                                   /s/ S. Thomas Wienner (P29233)
                                                   WIENNER & GOULD, P.C.
                                                   950 W. University Dr., Ste. 350
                                                   Rochester, MI  48307
                                                   (248) 841-9400; Fax:  652-2729
                                                   twienner@wiennergould.com

Dated:   August 17, 2015