UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BOSCH LLC and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

       Plaintiffs,                   Case No. 2:15-cv-11832-AC-EAS

      v.                                 Hon. Avern Cohn

J.S.T. MFG. CO., LTD.,
J.S.T. SALES AMERICA INC., and
J.S.T. CORPORATION,

       Defendants.

_____/

**STIPULATED ORDER DISSOLVING THE COURT'S JUNE 11, 2015 ORDER**

WHEREAS, the parties have entered into a Settlement Agreement And Limited Release of Claims, through their authorized representatives, that provides for the voluntary dismissal of the First Amended Complaint in Case No. 2:15-cv-11832-AC-EAS of Plaintiffs Robert Bosch LLC and Bosch Automotive Products (Suzhou) Co., Ltd., pursuant to Fed. R. Civ. P. 41(a)(1)(A); and the parties having stipulated to the entry of this Stipulated

Order Dissolving The Court's June 11, 2015 Order, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that this Court's Order, dated June 11, 2015 is hereby dissolved and is no longer in effect.

                                                s/Avern Cohn
                                                **U.S. DISTRICT JUDGE**

Dated:  August 18, 2015

Stipulated and agreed:

| /s/ S. Thomas Wienner (P29233) | /s/ Cynthia Haffey (P57352) |
|---|---|
| WIENNER & GOULD, P.C. | BUTZEL LONG PC |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 950 W. University Dr., Ste. 350 | 150 W. Jefferson Ave., Ste. 100 |
| Rochester, MI  48307 | Detroit, MI  48226 |
| (248) 841-9400 | (313) 225-7000 |
| twienner@wiennergould.com | haffey@butzel.com |